**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHARLOTTE NEWMAN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AMAZON.COM, INC., et al.,**<br><br>**Defendants.** | **Civil Action No. 1:21-cv-00531** |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MELISSA C. RODRIGUEZ**

Comes now, Grace E. Speights, a member of the bar of the U.S. District Court for the District of Columbia, pursuant to Local Rule 83.2(d), who respectfully sponsors and moves for the admission *pro hac vice of* Melissa C. Rodriguez on behalf of Defendants Amazon.com, Inc., Amazon Web Services, Inc., Steven Block and Shannon Kellogg.  Attached in support of this motion is the Declaration of Melissa C. Rodriguez.

Dated: April 5, 2021

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:   */s/ Grace E. Speights*
        Grace E. Speights (DC Bar No. 392091)
        1111 Pennsylvania Avenue, NW
        Washington, DC  20004
        Telephone:  +1.202.739.3000
        Facsimile:  +1.202.739.3001
        Email: grace.speights@morganlewis.com

        *Attorney for Defendants Amazon.com, Inc., Amazon Web Services, Inc., Steven Block and Shannon Kellogg*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 5th day of April 2021, a true and correct copy of the foregoing was filed electronically with CM/ECF system, which caused notification of such filing to be sent to the following counsel of record:

Douglas H. Wigdor, Esq.
Lawrence M.Pearson, Esq.
Wigdor, LLP
85 Fifth Avenue
New York, NY 10003
dwigdor@wigdorlaw.com
lpearson@wigdorlaw.com

*Counsel for Plaintiff*