# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

CHARLOTTE NEWMAN,

               Plaintiff,

        - against -

AMAZON.COM, INC., AMAZON WEB
SERVICES, INC., ANDRES MAZ, STEVEN
BLOCK, and SHANNON KELLOGG, in
their individual and professional capacities,

               Defendants.

Case No. 1:21-cv-00531 (DLF)

## DEFENDANTS' MOTION TO PARTIALLY DISMISS THE COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Defendants Amazon.com Inc., Amazon Web Services, Inc. ("AWS") (Amazon.com Inc. and AWS collectively, "Amazon"), Steven Block, and Shannon Kellogg  (collectively, "Defendants") hereby move to dismiss certain of Plaintiff Charlotte Newman's ("Plaintiff's) claims under 42 U.S.C. § 1981 ("Section 1981"), the Equal Pay Act, and the D.C. Human Rights Act, D.C. Code § 2-1403.16 ("DCHRA") as untimely under the applicable statutes of limitation and/or for failure to state a claim upon which relief can be granted.

As set forth in Defendants' accompanying memorandum of law, Plaintiff's claims based on her hire as a Level 6 employee are time-barred under both Section 1981 and the DCHRA because Plaintiff was offered the position over four years prior to bringing the Complaint in this action.  Plaintiff's unequal pay claims under the Equal Pay Act, and the DCHRA, and all of Plaintiff's remaining claims under Section 1981, must also be dismissed for the independent reason that Plaintiff has failed to adequately plead those claims.

Accordingly, and for the reasons explained in the accompanying Memorandum of Law, Defendants respectfully request that the Court grant their motion.

Dated: Washington, D.C.
      May 3, 2021

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Grace E. Speights*

Grace E. Speights
D.C. Bar No. 392091
grace.speights@morganlewis.com
Oluwaseun Familoni
D.C. Bar No. 1617820
shay.familoni@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
+1.202.739.3000

Melissa C. Rodriguez (*admitted pro hac vice*)
melissa.rodriguez@morganlewis.com
Ashley J. Hale (*admitted pro hac vice*)
ashley.hale@morganlewis.com
Hanna E. Martin (*pro hac vice pending*)
hanna.martin@morganlewis.com
101 Park Avenue
New York, NY 10178
+1.212.309.6000

*Attorneys for Defendants*