**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
-------------------------------------------------------------------X
CHARLOTTE NEWMAN,                                  :
                                                   :
                                    Plaintiff,     :        Case No.: 21-cv-00531 (DLF)
                                                   :
            v.                                     :
                                                   :
AMAZON.COM, INC., AMAZON WEB                        :
SERVICES, INC., ANDRES MAZ, STEVEN                 :
BLOCK, and SHANNON KELLOGG, in their               :
individual and professional capacities,            :
                                                   :
                                    Defendants.    :
-------------------------------------------------------------------X

**PLAINTIFF CHARLOTTE NEWMAN'S MOTION FOR EXTENSION OF TIME TO
AMEND THE COMPLAINT OR OTHERWISE RESPOND TO DEFENDANTS'
MOTION TO PARTIALLY DISMISS THE COMPLAINT**

Plaintiff Charlotte Newman ("Plaintiff"), by and through her undersigned counsel,

Wigdor LLP, hereby moves pursuant to Federal Rule of Civil Procedure 6(b) for an extension to

amend Plaintiff's Complaint (Dkt. No. 1) pursuant to FRCP 15(A)(2), or otherwise respond to

Defendants' Motion to Partially Dismiss Plaintiff's Complaint (Dkt. No. 18) from May 17, 2021

until June 24, 2021.

In support of her motion, Plaintiff states as follows:

1.      On March 1, 2021, Plaintiff filed her Complaint against Defendants (Dkt. No. 1).

2.      Defendant Andres Maz filed a motion to extend his time to answer or respond to

Plaintiff's complaint to June 10, 2021 (Dkt. No. 17), which was granted by the Court (see Minute

Order filed on April 29, 2021).

3.      On May 3, 2021, Defendants Amazon.com, Inc., Amazon Web Services, Steven

Block, and Shannon Kellogg (the "Amazon Defendants") filed a motion to partially dismiss

Plaintiff's Complaint (Dkt. No. 18).

4.      Pursuant to Local Civil Rule for the U.S. District Court for the District of Columbia 7(b), Plaintiff has until May 17, 2021 to file her opposition to the Amazon Defendants' motion to partially dismiss Plaintiff's Complaint and/or to amend her Complaint as of right.

5.      Accordingly, Plaintiff respectfully requests an extension of time to file an amended complaint or otherwise respond to the Amazon Defendants' motion to partially dismiss her Complaint to June 24, 2021.  No previous extension of time has been requested or granted to Plaintiff.  A scheduling order has not yet been issued in this case and therefore the extension will not affect any other deadline.

6.      Plaintiff believes that this extension will create efficiency and serve the purpose of judicial economy by aligning the due dates for Plaintiff's responses to the responsive pleadings or motions of all Defendants, including those for individual Defendant Andres Maz, whose responsive pleading or motion is due on June 10, 2021.  Counsel for Plaintiff and the Amazon Defendants have conferred pursuant to Local Civil Rule 7(m), and Amazon Defendants are willing to agree to a short extension, but not one to June 24, 2021.  However, a shorter extension would not fulfill the goal of putting Plaintiff's responses to Defendants' responsive pleadings/submissions on one track.

7.      A proposed order granting this Motion is attached for the Court's convenience.

THEREFORE, Plaintiff Charlotte Newman respectfully requests the Court grant her Motion for Extension of Time to Amend the Complaint or Otherwise Respond to Defendants' Motion to Partially Dismiss the Complaint extending the time period for Plaintiff to answer or otherwise respond to the Amazon Defendants' Partial Motion to Dismiss until June 24, 2021.

Dated: May 11, 2021
      New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____

    Douglas H. Wigdor
    (D.C. Bar No. 447370)
    Lawrence M. Pearson
    (admitted *pro hac vice*)

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
lpearson@wigdorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 11th day of May 2021, a copy of the foregoing was

filed and served *via* the CM/ECF on the following:

Ashley Jean Hale
Grace E. Speights
Melissa C. Rodriguez
Oluwaseun Familoni
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6878
Fax: (212) 309-6273
ahale@morganlewis.com
grace.speights@morganlewis.com
mcrodriguez@morganlewis.com

*Counsel for Defendants Amazon.com, Inc.,*
*Amazon Web Services, Inc., Steven Block,*
*and Shannon Kellogg*

Veronica D. Jackson
Michelle C. Johnson
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, MD 21202
Tel: (410) 727-6464
Fax: (410) 385-3700
vjackson@milesstockbridge.com
mjohnson@milesstockbridge.com

*Counsel for Defendant Andres Maz*

_____
Lawrence M. Pearson
(admitted *pro hac vice*)