UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------X
CHARLOTTE NEWMAN,

                Plaintiff,　　　　　　Civil Action No.: 21-cv-0531 (DLF)

     v.

AMAZON.COM, INC., AMAZON WEB　　　　**NOTICE OF APPEARANCE OF**
SERVICES, INC., ANDRES MAZ, STEVEN　　**ALFREDO J. PELICCI**
BLOCK, and SHANNON KELLOGG, in their
individual and professional capacities,

                Defendants.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Alfredo J. Pelicci of Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiff Charlotte Newman in the above-captioned matter.

Dated: June 29, 2021
       New York, New York　　　　　　　　　　Respectfully submitted,

                                         **WIGDOR LLP**

                                         By: _____
                                             Alfredo J. Pelicci
                                             (admitted *pro hac vice*)

                                         85 Fifth Avenue
                                         New York, NY 10003
                                         Telephone: (212) 257-6800
                                         Facsimile: (212) 257-6845
                                         apelicci@wigdorlaw.com

                                         *Counsel for Plaintiff*