UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLOTTE NEWMAN, <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON.COM, INC. *et al.*, <br><br> *Defendants*. | No. 21-cv-531 (DLF) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the Amazon Defendants' Motion to Partially Dismiss Plaintiff's Second Amended Complaint, Dkt. 34, is **GRANTED IN PART** and **DENIED IN PART**. It is further

**ORDERED** that the plaintiff's de-leveling claims under Counts 1, 2, and 4 are **DISMISSED**. It is further

**ORDERED** that defendant Maz's Motion to Dismiss Second Amended Complaint, Dkt. 38, is **GRANTED IN PART** and **DENIED IN PART**. It is further

**ORDERED** that the plaintiff's claims against defendant Maz under Counts 4 and 5 are **DISMISSED**. It is further

**ORDERED** that Count 8 is **DISMISSED WITHOUT PREJUDICE**.

**ORDERED** that on or before April 14, 2022, the parties shall file a joint status report proposing a schedule for further proceedings.

*[signature]*
DABNEY L. FRIEDRICH
United States District Judge

March 31, 2022