**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

------------------------------------------------------------ X
CHARLOTTE NEWMAN,                                          :
                                                          :
                          Plaintiff,                      :          Case No.: 1:21-cv-00531 (DLF)
                                                          :
              v.                                          :
                                                          :
AMAZON.COM, INC., AMAZON WEB                               :
SERVICES, INC., ANDRES MAZ, STEVEN                         :
BLOCK, and SHANNON KELLOGG, in their                      :
individual and professional capacities,                   :
                                                          :
                          Defendants.                     :
------------------------------------------------------------ X

**JOINT MOTION FOR EXTENSION OF TIME FOR**
**THE PARTIES TO COMPLETE FACT DISCOVERY**

Plaintiff Charlotte Newman ("Plaintiff"), Defendants Amazon.com, Inc., Amazon Web Services, Inc., Steven Block and Shannon Kellogg (the "Amazon Defendants"), and Defendant Andres Maz ("Mr. Maz") (collectively, "the Parties"), hereby move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an extension of the fact discovery deadline from November 18, 2022 to May 18, 2023.

In support of their Motion, the Parties state as follows:

1.      The discovery deadline is currently set for November 18, 2022. See Minute Order dated April 28, 2022.

2.      The Parties exchanged Initial Disclosures in May 2022 and have since served numerous interrogatories and requests for documents upon each other.

3.      On multiple occasions, scheduling conflicts and the COVID-19 pandemic required mutual extensions of the Parties' respective deadlines to serve discovery responses.

4.      Since responding, the Parties have met and conferred on numerous occasions to discuss and resolve certain discovery disputes among them.  The Parties continue to work cooperatively to resolve additional discovery disputes to hopefully avoid Court intervention, or at the very least, narrow the issues to be presented for the Court's consideration.

5.      Nevertheless, a substantial amount of discovery remains to be completed, and the Parties do not anticipate being able to resolve their current disputes over the Parties' written responses, to conduct ESI discovery, and to schedule and complete depositions in advance of the November 18, 2022 fact discovery deadline.

6.      Therefore, the Parties respectfully request a six (6) month extension of the fact discovery deadline, from November 18, 2022 to May 18, 2023.  This is the Parties' first request for an extension, and they believe that the extension will allow them to work together to narrow the discovery issues in dispute and complete the above-referenced outstanding items needed before the close of fact discovery.  Although a shorter extension may allow the Parties to complete *some* additional discovery, the Parties believe that the requested extension is appropriately scoped in light of the discovery that remains to be completed, despite the Parties' efforts.

7.      Counsel for each Party has conferred pursuant to Local Rule 7(m), and they have agreed to this joint request for an extension.

8.      The requested extension is made in good faith, not for any improper purpose, and will facilitate the just and speed determination of the above-reference action.

9.      If the requested extension is granted, the Parties will file by June 23, 2023, a joint post-discovery status report advising the Court whether (a) the parties request referral for mediation or settlement; (b) dispositive motions are anticipated and, if so, proposing a briefing schedule; or (c) the parties request a date for a pretrial conference.

10.     For the Court's convenience, the Parties include a draft order, attached as Exhibit A.

For the foregoing reasons, the Parties respectfully request the Court grant this Joint Motion for Extension of Time to Complete Fact Discovery by extending the time period from November 18, 2022 to May 18, 2023.

Dated: November 9, 2022

WIGDOR LLP

/s/ *Lawrence M. Pearson*

Douglas H. Wigdor
Lawrence M. Pearson
Alfredo Joseph Pelicci
John S. Crain
WIGDOR LLP
85 Fifth Avenue, 5th Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
lpearson@wigdorlaw.com
apelicci@wigdorlaw.com
jcrain@wigdorlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ *Vishal H. Shah*

Grace E. Speights (DC Bar No. 392091)
Oluwaseun O. Familoni (DC Bar No. 1617820)
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  +1.202.739.3000
Facsimile:  +1.202.739.3001
Email: grace.speights@morganlewis.com
          shay.familoni@morganlewis.com

Melissa C. Rodriguez (pro hac vice)
Ashley J. Hale (pro hac vice)
Hanna Martin (pro hac vice)
101 Park Avenue
New York, New York 10178
Telephone: +1.212.309.6000
Facsimile: +1.212.309.6001
Email: melissa.rodriguez@morganlewis.com
Email: ashley.hale@morganlewis.com

Vishal H. Shah (pro hac vice)
One Federal Street
Boston, MA 02110-1726
Telephone: +1.617.341.7978
Facsimile: +1.617.341.7701
Email: vishal.shah@morganlewis.com

*Attorneys for Defendants Amazon.com, Inc.,*
*Amazon Web Services, Inc., Steven Block, and*
*Shannon Kellogg*

3

JOSEPH, GREENWALD & LAAKE, P.A.

*/s/ Michal Shinnar*

Jay P. Holland
Michal Shinnar
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301.220.2200 (T)
301.220.1214 (F)
jholland@jgllaw.com
mshinnar@jgllaw.com

*Attorneys for Defendant Andres Maz*

4