UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
------------------------------------------------------------ X
CHARLOTTE NEWMAN,                               :
                                                :
                          Plaintiff,            :   Case No.: 1:21-cv-00531 (DLF)
                                                :
         v.                                     :
                                                :
AMAZON.COM, INC., AMAZON WEB                    :
SERVICES, INC., ANDRES MAZ, STEVEN              :
BLOCK, and SHANNON KELLOGG, in their            :
individual and professional capacities,         :
                                                :
                          Defendants.           :
------------------------------------------------------------ X
```

**AGREED-TO MOTION FOR THIRD EXTENSION OF TIME FOR
THE PARTIES TO COMPLETE FACT DISCOVERY**

Plaintiff Charlotte Newman ("Plaintiff") and Defendant Andres Maz ("Mr. Maz"), with the consent of Defendants Amazon.com, Inc., Amazon Web Services, Inc. (collectively, "Amazon"), Steven Block and Shannon Kellogg (collectively with Amazon, the "Amazon Defendants"), (Plaintiff, the Amazon Defendants and Mr. Maz, collectively, "the Parties"), hereby move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for a third extension of the fact discovery deadline from September 1, 2023 to October 31, 2023.

In support of their Motion, Plaintiff and Mr. Maz state as follows:

1. The fact discovery deadline is currently set for September 1, 2023. See Minute Order dated April 25, 2023.

2. The Parties exchanged Initial Disclosures in May 2022 and served numerous interrogatories and requests for documents upon each other.

3. Since then, and following extensive meet-and-confer efforts regarding multiple discovery disputes, some of which were brought to this Court, the Parties have submitted

supplemental discovery responses and documents (including ESI) and exchanged additional discovery requests.

4. The Parties have also worked to schedule depositions. The Amazon Defendants took Plaintiff's deposition on June 15, 2023 and Plaintiff's treating therapist's deposition on August 11, 2023. However, due to the scheduling conflicts related to Plaintiff's counsel being on trial this month and to personal family matters experienced by Plaintiff's counsel in the last few weeks, Plaintiff and Mr. Maz do not anticipate being able to schedule and complete depositions in advance of the September 1, 2023 fact discovery deadline.

5. While some depositions have been completed already (*see* Paragraph 4, *supra*), Plaintiffs have not yet deposed any of the three named individual Defendants (Mr. Maz, Mr. Block, and Mr. Kellogg), as well as three other (current and former) employees of Defendant Amazon. The Parties are working cooperatively to schedule these depositions.

6. Therefore, Plaintiff and Mr. Maz, with the consent of the Amazon Defendants, respectfully requests an extension of the fact discovery deadline from September 1, 2023 to October 31, 2023. Although this is the third request for an extension of the fact discovery deadline in this matter, the Parties believe that this third extension will allow Plaintiff and Mr. Maz to complete the aforementioned depositions before the close of fact discovery.

7. Counsel for each Party has conferred pursuant to Local Rule 7(m), and Mr. Maz joins in this request and the Amazon Defendants consent to this request for an extension.

8. The requested extension is made in good faith, not for any improper purpose, and will facilitate the just and speedy determination of the above-reference action.

9. If the requested extension is granted, the Parties will file by November 7, 2023, a joint post-discovery status report advising the Court whether (a) the parties request referral for

mediation or settlement; (b) dispositive motions are anticipated and, if so, proposing a briefing schedule; or (c) the parties request a date for a pretrial conference.

      10.     For the Court's convenience, the Parties include a draft proposed order, attached as Exhibit A.

For the foregoing reasons, the Parties respectfully request the Court grant this Joint Motion for Third Extension of Time to Complete Fact Discovery by extending the time period from September 1, 2023 to October 31, 2023.

Dated: August 22, 2023

WIGDOR LLP

_____
Lawrence M. Pearson
Alfredo Joseph Pelicci

WIGDOR LLP
85 Fifth Avenue, 5th Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
lpearson@wigdorlaw.com
apelicci@wigdorlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ Melissa C. Rodriguez
_____
Grace E. Speights (DC Bar No. 392091)
Oluwaseun O. Familoni (DC Bar No. 1617820)
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  +1.202.739.3000
Facsimile:  +1.202.739.3001
Email: grace.speights@morganlewis.com
          shay.familoni@morganlewis.com

Melissa C. Rodriguez (pro hac vice)
Ashley J. Hale (pro hac vice)
101 Park Avenue
New York, New York 10178
Telephone: +1.212.309.6000
Facsimile: +1.212.309.6001
Email: melissa.rodriguez@morganlewis.com
          ashley.hale@morganlewis.com

*Attorneys for Defendants Amazon.com, Inc., Amazon Web Services, Inc., Steven Block, and Shannon Kellogg*

JOSEPH, GREENWALD & LAAKE, P.A.

*/s/* Jay P. Holland
_____
Jay P. Holland
Michal Shinnar
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301.220.2200 (T)
301.220.1214 (F)
jholland@jgllaw.com
mshinnar@jgllaw.com

*Attorneys for Defendant Andres Maz*

4