UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

| | |
|---|---|
| CHARLOTTE NEWMAN, | : |
| | : |
| Plaintiff, | : Case No.: 1:21-cv-00531 (DLF) |
| | : |
| v. | : |
| | : |
| AMAZON.COM, INC., AMAZON WEB SERVICES, INC., ANDRES MAZ, STEVEN BLOCK, and SHANNON KELLOGG, in their individual and professional capacities, | : |
| | : |
| Defendants. | : |

---

**AGREED-TO MOTION FOR FOURTH EXTENSION OF TIME FOR THE PARTIES TO COMPLETE FACT DISCOVERY**

Plaintiff Charlotte Newman ("Plaintiff") and Defendant Andres Maz ("Mr. Maz"), with the consent of Defendants Amazon.com, Inc., Amazon Web Services, Inc. (collectively, "Amazon"), Steven Block and Shannon Kellogg (collectively with Amazon, the "Amazon Defendants"), (Plaintiff, the Amazon Defendants and Mr. Maz, collectively, "the Parties"), hereby move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for a fourth extension of the fact discovery deadline from October 31, 2023 to November 14, 2023;

In support of their Motion, Plaintiff and Mr. Maz state as follows:

1. The fact discovery deadline is currently set for October 31, 2023. <u>See</u> Minute Order dated August 24, 2023.

2. The Parties exchanged Initial Disclosures in May 2022 and served numerous interrogatories and requests for documents upon each other.

3. Since then, and following extensive meet-and-confer efforts regarding multiple discovery disputes, some of which were brought to this Court, the Parties have submitted

supplemental discovery responses and documents (including ESI) and exchanged additional discovery requests. The Parties have also held numerous depositions, including Ms. Newman (twice, once by Mr. Maz's counsel, and once by counsel for the Amazon Defendants), Mr. Mr. Block, and Mr. Kellogg.

4. Two outstanding depositions that the parties have agreed upon remain to be completed. The Parties are working cooperatively to schedule these depositions. However, because Amazon Defendants' counsel will not represent one of the witnesses at deposition, Plaintiff will need to subpoena her.

5. Therefore, Plaintiff and Maz, with the consent of the Amazon Defendants, respectfully request an extension of the fact discovery deadline from October 31, 2023 to November 14, 2023.

6. Counsel for each Party has conferred pursuant to Local Rule 7(m), and Maz joins in this request and the Amazon Defendants consent to this request for an extension.

7. The requested extension is made in good faith, not for any improper purpose, and will facilitate the just and speedy determination of the above-referenced action.

8. If the requested extension is granted, the Parties will file by November 21, 2023, a joint post-discovery status report advising the Court whether (a) the parties request referral for mediation or settlement; (b) dispositive motions are anticipated and, if so, proposing a briefing schedule; or (c) the parties request a date for a pretrial conference.

9. For the Court's convenience, the Parties include a draft proposed order, attached as Exhibit A.

For the foregoing reasons, the Parties respectfully request the Court grant this Joint Motion for Fourth Extension of Time to Complete Fact Discovery by extending the time period from October 31, 2023 to November 14, 2023.

Dated: October 26, 2023

WIGDOR LLP

_____
Lawrence M. Pearson
Alfredo J. Pelicci

WIGDOR LLP
85 Fifth Avenue, 5th Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
lpearson@wigdorlaw.com
apelicci@wigdorlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

 /s/ Grace E. Speights
_____
Grace E. Speights (DC Bar No. 392091)
Oluwaseun O. Familoni (DC Bar No. 1617820)
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  +1.202.739.3000
Facsimile:  +1.202.739.3001
Email: grace.speights@morganlewis.com
          shay.familoni@morganlewis.com

Melissa C. Rodriguez (pro hac vice)
Ashley J. Hale (pro hac vice)
101 Park Avenue
New York, New York 10178
Telephone: +1.212.309.6000
Facsimile: +1.212.309.6001
Email: melissa.rodriguez@morganlewis.com
          ashley.hale@morganlewis.com

*Attorneys for Defendants Amazon.com, Inc., Amazon Web Services, Inc., Steven Block, and Shannon Kellogg*


JOSEPH, GREENWALD & LAAKE, P.A.

 /s/ Drew LaFramboise
_____
Jay P. Holland
Michal Shinnar
Drew LaFramboise
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301.220.2200 (T)
301.220.1214 (F)
jholland@jgllaw.com

3

mshinnar@jgllaw.com
dlaframboise@jgllaw.com

*Attorneys for Defendant Andres Maz*