# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLOTTE NEWMAN,<br><br>Plaintiff,<br><br>- against -<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., ANDRES MAZ, STEVEN BLOCK, and SHANNON KELLOGG, in their individual and professional capacities,<br><br>Defendants. | Case No. 1:21-cv-00531 (DLF) |

## [PROPOSED] ORDER

UPON CONSIDERATION OF the Agreed-To Motion for Fourth Extension of Time to Complete Fact Discovery thereto, it is this _____ day of _____, 2023

**ORDERED**, by the United States District Court for the District of Columbia, that the motion be and hereby is, **GRANTED**;

**ORDERED**, that the time for the Parties to Complete Fact Discovery be extended through November 14, 2023; and further

**ORDERED**, that the Parties will file by November 21, 2023, a joint post-discovery status report advising the Court whether (a) the parties request referral for mediation or settlement; (b) dispositive motions are anticipated and, if so, proposing a briefing schedule; or (c) the parties request a date for a pretrial conference.

Dated: _____, 2023

 

HON. DABNEY L. FRIEDRICH
United States District Judge