UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLOTTE NEWMAN,<br><br>       Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., ANDRES MAZ, STEVEN BLOCK, and SHANNON KELLOGG, in their individual and professional capacities,<br><br>       Defendant. | Civil Action No.: 1:21-cv-00531 (DLF) |

**POST-DISCOVERY JOINT STATUS REPORT**

Pursuant to the Court's April 28, 2022 and October 27, 2023 Minute Orders, Defendants Amazon.com, Inc., Amazon Web Services, Inc., Steven Block and Shannon Kellogg (the "Amazon Defendants"), together with Defendant Andres Maz ("Mr. Maz") (the Amazon Defendants and Mr. Maz, collectively, "Defendants") and Plaintiff Charlotte Newman ("Plaintiff") (collectively, "the Parties"), hereby submit the following Post-Discovery Joint Status Report to the Court.

**BACKGROUND**

1. On April 28, 2022, the Court issued a Minute Order setting the fact discovery deadline for November 18, 2022 and ordered that "on or before December 12, 2022, the parties shall file a joint post-discovery status report advising the Court whether (a) the parties request referral for mediation or settlement; (b) dispositive motions are anticipated and, if so, proposing a briefing schedule; or (c) the parties request a date for a pretrial conference."  4/28/2022 Minute Order.

2. Since the April 28, 2022 Minute Order, the fact discovery deadline has been extended.  11/09/2022, 04/25/2023, 08/24/2023, and 10/27/2023 Minute Orders.

1

3. On October 27, 2023, in consideration of Plaintiff's Consent Motion for Extension of Time (ECF No. 62), the Court entered a Minute Order ordering that "[f]act discovery shall conclude on November 14, 2023. The parties shall file their joint post-discovery status report on or before November 21, 2023." 10/27/2023 Minute Order.

4. The Parties have conferred and do not request referral for mediation or settlement at this time. The Parties also do not anticipate engaging in expert discovery and are not requesting a schedule for expert discovery.

5. The Amazon Defendants plan to move for Summary Judgment on all of the remaining claims alleged in Plaintiff's Second Amended Complaint (ECF No. 30) against the Amazon Defendants, with the exception of those which have already been dismissed by the Court (ECF Nos. 44-45).[1]

6. Mr. Maz intends to move for Summary Judgment on all of the remaining claims alleged in Plaintiff's Second Amended Complaint (ECF No. 30) against Mr. Maz, with the exception of those which have already been dismissed by the Court (ECF No. 44).

7. The Parties have conferred and propose that the Court issue an order adopting the following briefing schedule:

    a. The deadline for filing dispositive motions will be February 15, 2024;

    b. Any oppositions thereto will be due within forty-six (46) days thereafter, or by April 1, 2024;

    c. Any replies will be filed within twenty-one (21) days after the submission of an opposition, or by April 22, 2024;

---

[1] It is the Amazon Defendant's understanding that any remaining claims pertain to Plaintiff's role in Public Policy. The Second Amended Complaint does not include any claims relating to the time Plaintiff has been Head of Underrepresented Founder Startup Business Development, a role she started on November 2, 2020.

d.  Pretrial Filings will be due 45 days following the issuance of the Court's decision on any motion(s) for summary judgment.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court adopt the above proposed schedule for further proceedings.

| | |
|---|---|
| Dated:  November 21, 2023 | Respectfully submitted, |
| WIGDOR LLP | MORGAN, LEWIS & BOCKIUS LLP |
| */s/ Lawrence M. Pearson* <br> Douglas H. Wigdor, Esquire <br> Lawrence M. Pearson, Esquire <br> Alfredo Joseph Pelicci, Esquire <br> John S. Crain, Esquire <br> 85 Fifth Avenue, 5th Floor <br> New York, NY 10003 <br> Telephone: (212) 257-6800 <br> Facsimile: (212) 257-6845 <br> Email: dwigdor@wigdorlaw.com <br>             lpearson@wigdorlaw.com <br>             apelicci@wigdorlaw.com <br>             jcrain@wigdorlaw.com <br><br> *Attorneys for Plaintiff* | /s/ *Grace E. Speights* <br> Grace E. Speights (DC Bar No. 392091) <br> 1111 Pennsylvania Avenue, NW <br> Washington, DC  20004 <br> Telephone:  +1.202.739.3000 <br> Facsimile:  +1.202.739.3001 <br> Email: grace.speights@morganlewis.com <br><br> Melissa C. Rodriguez (pro hac vice) <br> Ashley J. Hale (pro hac vice) <br> 101 Park Avenue <br> New York, New York 10178 <br> Telephone: +1.212.309.6000 <br> Facsimile: +1.212.309.6001 <br> Email: melissa.rodriguez@morganlewis.com <br>             ashley.hale@morganlewis.com <br><br> Terry D. Johnson (pro hac vice) <br> Jason Joseph Ranjo (pro hac vice) <br> 502 Carnegie Center <br> Princeton, NJ 08540 <br> Telephone: 609-919-6689 <br> Fax: 609-989-6701 <br> Email: terry.johnson@morganlewis.com <br>             jason.ranjo@morganlewis.com <br><br> *Attorneys for Defendants Amazon.com, Inc., Amazon Web Services, Inc., Steven Block and Shannon Kellogg* <br><br> JOSEPH, GREENWALD & LAAKE, P.A. <br><br> */s/ Drew LaFramboise* |

        Jay P. Holland
        Michal Shinnar
        Drew LaFramboise
        6404 Ivy Lane, Suite 400
        Greenbelt, Maryland 20770
        301.220.2200 (T)
        301.220.1214 (F)
        Email: jholland@jgllaw.com
               mshinnar@jgllaw.com
               dlaframboise@jgllaw.com

*Attorneys for Defendant Andres Maz*

4