# EXHIBIT M

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

CHARLOTTE NEWMAN,

Plaintiff                    Case No. 21-CV-00531 (DLF)

V.

AMAZON.COM INC., et al.,

DEFENDANTS.

_____/

Pursuant to Notice, the Deposition of CHARLOTTE NEWMAN was taken at the Law Offices of Morgan Lewis & Bockius, LLP in Washington, DC on Thursday, June 15th, 2023, commencing at 9:11 a.m. before Erin E. Rutkowski, Notary Public.

REPORTED BY: ERIN RUTKOWSKI

Page 56

immediately. But then it kind of continued to change in that it was very clear by the point that I was reporting to Kellogg that I was intended to be -- to provide Americas coverage to be over public policy, financial services, public policy for the Americas.

Q.  So you were hired in as an L6, and when you moved to the role with Mr. Kellogg in January of 2018, you were an L6.  Correct?

A.  I was still an L6, yes.

Q.  All right. And you were promoted to head of financial services, public policy at AWS in October, 2019.  Is that correct?

A.  That's correct.

Q.  All right. And you still reported to Mr. Kellogg, is that right?

A.  I still reported to Mr. Kellogg.

Q.  You became an L7 at that time, correct?

A.  Correct.

Q.  All right. What were your

Page 357

STATE OF MARYLAND

I, Erin E. Rutkowski, a Notary Public in and for the State of Maryland, do hereby certify that the within named CHARLOTTE NEWMAN personally appeared before me at the time and place herein set according to the law, and was interrogated by counsel. I further certify that the examination was recorded stenographically by me and then transcribed from my stenographic notes by means of computer-assisted transcription in a true and accurate manner. I further certify that the stipulations contained herein were entered into by counsel in my presence. I further certify that I am not in any way related to any of the parties, nor in any way interested in the outcome of this action. AS WITNESS my hand and Notarial Seal this

Erin E. Rutkowski

Notary Public

My Commission Expires: February 7, 2027