**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

```
------------------------------------------------------------- X
CHARLOTTE NEWMAN,                              :
                                               :
                        Plaintiff,             :      Case No.: 1:21-cv-00531 (DLF)
                                               :
            v.                                 :
                                               :
AMAZON.COM, INC., AMAZON WEB                   :
SERVICES, INC., ANDRES MAZ, STEVEN             :
BLOCK, and SHANNON KELLOGG, in their           :
individual and professional capacities,        :
                                               :
                        Defendants.            :
------------------------------------------------------------- X
```

**AGREED-TO MOTION FOR EXTENSION OF TIME FOR**
**PLAINTIFF TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY**
**<u>JUDGMENT</u>**

Plaintiff Charlotte Newman ("Plaintiff"), with the consent of Defendant Andres Maz ("Mr. Maz") and Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (together, "Amazon"), Steven Block and Shannon Kellogg (collectively with Amazon, the "Amazon Defendants"), (Mr. Maz and the Amazon Defendants, collectively, "Defendants") (Plaintiff, the Amazon Defendants and Mr. Maz, collectively, are referred to herein as "the Parties"), hereby moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for a modification and extension of the schedule to file the Oppositions to Defendants' Motions for Summary Judgment from May 3, 2024 to May 20, 2024, and Defendants' date for filing Replies to Plaintiff's Oppositions from June 7, 2024 to July 12, 2024;

In support of their Motion, Plaintiff states as follows:

1.    Plaintiff's Oppositions to Defendants' Motions for Summary Judgment are currently due May 3, 2024.

2.      Plaintiff has expressed the need for additional time, through May 20, 2024,  for preparing and submitting her summary judgment Oppositions due to certain family matters and the Jewish holiday.

3.      Counsel for each Party has conferred pursuant to Local Rule 7(m), and Defendants' attorneys indicated they would agree to Plaintiff's request for an extension for Plaintiff's Opposition provided Defendants receive additional time, through July 12, 2024, for their Reply papers.

4.      The requested modification of the summary judgment briefing schedule is made in good faith, not for any improper purpose, and will facilitate the orderly, just, and speedy determination of the above-referenced action.

5.      This modification to the Summary Judgment Briefing schedule does not affect any other deadlines in this matter.

6.      For the Court's convenience, the Parties include a draft proposed order, attached as Exhibit A.

For the foregoing reasons, the Parties respectfully request the Court grant this Agreed-To Motion for a Modification of the Schedule for Plaintiff to Oppose Defendants' Motions for Summary Judgement and Defendants to Reply to Plaintiff's Oppositions.

Dated: April 19, 2024

WIGDOR LLP

_____
Lawrence M. Pearson
Alfredo Joseph Pelicci

WIGDOR LLP
85 Fifth Avenue, 5th Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
lpearson@wigdorlaw.com
apelicci@wigdorlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/
_____
Grace E. Speights (DC Bar No. 392091)
Oluwaseun O. Familoni (DC Bar No. 1617820)
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  +1.202.739.3000
Facsimile:  +1.202.739.3001
Email: grace.speights@morganlewis.com
          shay.familoni@morganlewis.com

Melissa C. Rodriguez (pro hac vice)
Ashley J. Hale (pro hac vice)
101 Park Avenue
New York, New York 10178
Telephone: +1.212.309.6000
Facsimile: +1.212.309.6001
Email: melissa.rodriguez@morganlewis.com
          ashley.hale@morganlewis.com

*Attorneys for Defendants Amazon.com, Inc.,*
*Amazon Web Services, Inc., Steven Block, and*
*Shannon Kellogg*


JOSEPH, GREENWALD & LAAKE, P.A.

/s/
_____
Jay P. Holland
Michal Shinnar
Drew LaFramboise
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301.220.2200 (T)
301.220.1214 (F)
jholland@jgllaw.com
mshinnar@jgllaw.com
dlaframboise@jgllaw.com

*Attorneys for Defendant Andres Maz*

3