IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLOTTE NEWMAN,<br><br>   Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., ANDRES MAZ, STEVEN BLOCK and SHANNON KELLOGG, in their individual and professional capacities,<br><br>   Defendants. | Case No.: 1:21-cv-00531 (DLF) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Charlotte Newman ("Plaintiff"), with the consent of Defendant Andres Maz ("Mr. Maz") and Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (together, "Amazon"), Steven Block and Shannon Kellogg (collectively with Amazon, the "Amazon Defendants"), (Mr. Maz and the Amazon Defendants, collectively, "Defendants") (Plaintiff, the Amazon Defendants and Mr. Maz, collectively, are referred to herein as "the Parties"), through their undersigned counsel, hereby stipulate to the dismissal, with prejudice, of all Plaintiff's claims against Defendant Steven Block, in the above-captioned action, with no costs or fees claimed by any of the Parties in connection with this dismissal.

  SO STIPULATED this 5th of June, 2024.

Dated: June 5, 2024

Respectfully submitted,

| WIGDOR LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/* Lawrence M. Pearson | /s/ Grace E. Speights |
| Lawrence M. Pearson<br><br>WIGDOR LLP<br>85 Fifth Avenue, 5th Floor<br>New York, NY 10003<br>Telephone: (212) 257-6800<br>Facsimile: (212) 257-6845<br>lpearson@wigdorlaw.com<br>apelicci@wigdorlaw.com<br><br>*Attorneys for Plaintiff* | Grace E. Speights (DC Bar No. 392091)<br>1111 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>Telephone:  +1.202.739.3000<br>Facsimile:  +1.202.739.3001<br>Email: grace.speights@morganlewis.com<br><br>Melissa C. Rodriguez (pro hac vice)<br>Ashley J. Hale (pro hac vice)<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: +1.212.309.6000<br>Facsimile: +1.212.309.6001<br>Email: melissa.rodriguez@morganlewis.com<br>         ashley.hale@morganlewis.com<br><br>*Attorneys for Defendants Amazon.com, Inc., Amazon Web Services, Inc., Steven Block, and Shannon Kellogg* |

JOSEPH, GREENWALD & LAAKE, P.A.

/s/ Drew LaFramboise
Jay P. Holland
Michal Shinnar
Drew LaFramboise
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301.220.2200 (T)
301.220.1214 (F)
jholland@jgllaw.com
mshinnar@jgllaw.com
dlaframboise@jgllaw.com

*Attorneys for Defendant Andres Maz*