**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
----------------------------------------------------------------------X

CHARLOTTE NEWMAN,                                           :
                                                           :
                              Plaintiff,                    :        Case No.: 21-cv-00531 (DLF)
                                                           :
             v.                                            :
                                                           :
AMAZON.COM, INC., AMAZON WEB                                :
SERVICES, INC., ANDRES MAZ, STEVEN                          :
BLOCK, and SHANNON KELLOGG, in their                       :
individual and professional capacities,                    :
                                                           :
                              Defendants.                   :
----------------------------------------------------------------------X

## JOINT MOTION FOR A STAY OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT PENDING MEDIATION

Plaintiff Charlotte Newman ("Plaintiff"), Defendant Andres Maz ("Mr. Maz"), and

Defendants Amazon.com, Inc. Amazon Web Services, Inc. (collectively, "Amazon"), and

Shannon Kellogg[1] (collectively with Amazon, the "Amazon Defendants") (Amazon Defendants

and Mr. Maz together, the "Defendants"), hereby jointly move for and request that the Court

issue a stay and pause the consideration of Defendants' pending, fully briefed respective motions

for summary judgment (Dkt. Nos. 67-72, 81-86) and refrain from issuing any orders deciding

those motions through January 6, 2025.  The reason for this motion and request is that the parties

have arranged to hold a mediation in this matter on December 20, 2024, and the issuing of any

deciding Order regarding either pending motion by the Court would likely impact those

resolution discussions.  The additional time following the mediation allows time for the parties to

resolve remaining issues, consider a proposal by the mediator, or other developments.  The

parties respectfully propose they submit a status report to the Court by January 20, 2025

---

[1] Former defendant Steven Block has been dismissed with prejudice.   Dkt. No. 87.

informing the Court of the status of their discussions.  The parties thank the Court for its time

and consideration, and will provide any further information that the Court needs.

Dated: November 12, 2024

WIGDOR LLP

Lawrence M. Pearson

WIGDOR LLP
85 Fifth Avenue, 5th Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
lpearson@wigdorlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s Grace E. Speights

Grace E. Speights (DC Bar No. 392091)
Oluwaseun O. Familoni (DC Bar No. 1617820)
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  +1.202.739.3000
Facsimile:  +1.202.739.3001
Email: grace.speights@morganlewis.com
       shay.familoni@morganlewis.com

Melissa C. Rodriguez (pro hac vice)
Ashley J. Hale (pro hac vice)
101 Park Avenue
New York, New York 10178
Telephone: +1.212.309.6000
Facsimile: +1.212.309.6001
Email: melissa.rodriguez@morganlewis.com
       ashley.hale@morganlewis.com

*Attorneys for Defendants Amazon.com, Inc.,*
*Amazon Web Services, Inc., Steven Block, and*
*Shannon Kellogg*

JOSEPH, GREENWALD & LAAKE, P.A.

/s Drew LaFramboise

Jay P. Holland
Michal Shinnar
Drew LaFramboise
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301.220.2200 (T)
301.220.1214 (F)
jholland@jgllaw.com
mshinnar@jgllaw.com
dlaframboise@jgllaw.com

*Attorneys for Defendant Andres Maz*

2