## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLOTTE NEWMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., ANDRES MAZ, STEVEN BLOCK, and SHANNON KELLOGG, in their individual and professional capacities,<br><br>        Defendants. | Civil Action No.: 1:21-cv-00531 (DLF) |

## POST-MEDIATION JOINT STATUS REPORT

Pursuant to the Court's November 13, 2024 Minute Order, Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Shannon Kellogg[1] (the "Amazon Defendants"), together with Defendant Andres Maz ("Mr. Maz") (the Amazon Defendants and Mr. Maz, collectively, "Defendants") and Plaintiff Charlotte Newman ("Plaintiff") (collectively, "the Parties"), hereby submit the following Post-Mediation Joint Status Report to the Court.

## BACKGROUND

1.      On November 13, 2024, the Court issued a Minute Order granting in part the Parties' Joint Motion to Stay (ECF No. 103) and agreed to refrain from deciding Defendants' motions for summary judgment until after it heard from the Parties regarding mediation. The Court also ordered that "the parties shall file a joint status report on or before January 20, 2025 updating the Court as to the status of mediation and whether the parties are likely to reach a resolution." *Id.*

2.      On December 20, 2024, the Parties mediated with Judge Layn R. Phillips of Phillips ADR Enterprises (PADRE).

---

[1] Former defendant Steven Block has been dismissed with prejudice. ECF. No. 87

3. The Parties were unable to reach an agreement, and the mediation ended without a resolution.

4. At this time, the Parties are not likely to reach a resolution and are prepared to continue litigation in this matter. Judge Phillips continues communication to explore settlement with the Parties, with the knowledge that the Court set a February 15, 2025 date for consideration of Defendants' pending, fully briefed respective motions for summary judgment and related motions to strike.

Dated: January 20, 2025

WIGDOR LLP

 /s/ Lawrence M. Pearson (with permission)
Lawrence M. Pearson, Esquire
85 Fifth Avenue, 5th Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
lpearson@wigdorlaw.com

*Attorney for Plaintiff*

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ Grace E. Speights
Grace E. Speights (DC Bar No. 392091)
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  +1.202.739.3000
Facsimile:  +1.202.739.3001
Email: grace.speights@morganlewis.com

Melissa C. Rodriguez (pro hac vice)
Ashley J. Hale (pro hac vice)
101 Park Avenue
New York, New York 10178
Telephone: +1.212.309.6000
Facsimile: +1.212.309.6001
Email: melissa.rodriguez@morganlewis.com
         ashley.hale@morganlewis.com

Terry D. Johnson (pro hac vice)
Jason Joseph Ranjo (pro hac vice)
502 Carnegie Center
Princeton, NJ 08540
Telephone: 609-919-6689
Fax: 609-989-6701
Email: terry.johnson@morganlewis.com
         jason.ranjo@morganlewis.com

*Attorneys for Defendants Amazon.com, Inc.,*
*Amazon Web Services, Inc., Steven Block and*
*Shannon Kellogg*

JOSEPH, GREENWALD & LAAKE, P.A.

*/s/* Drew LaFramboise (with permission)

Jay P. Holland
Michal Shinnar
Drew LaFramboise
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301.220.2200 (T)
301.220.1214 (F)
Email: jholland@jgllaw.com
        mshinnar@jgllaw.com
        dlaframboise@jgllaw.com

*Attorneys for Defendant Andres Maz*