UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLOTTE NEWMAN,<br><br>      Plaintiff,<br><br>      v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., ANDRES MAZ, STEVEN BLOCK, and SHANNON KELLOGG, in their individual and professional capacities,<br><br>      Defendants. | Civil Action No.: 1:21-cv-00531 (DLF) |

**JOINT STATUS REPORT**

In anticipation of the February 15, 2025 date set in the Court's November 13, 2024 Minute Order regarding the Court's timing for a possible decision regarding the pending motions for summary judgment (ECF No. 103), Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Shannon Kellogg[1] (the "Amazon Defendants"), together with Defendant Andres Maz ("Mr. Maz") (the Amazon Defendants and Mr. Maz, collectively, "Defendants") and Plaintiff Charlotte Newman ("Plaintiff") (collectively, "the Parties"), hereby submit the following further Joint Status Report to the Court and to request an extension of the Court's date for issuing a decision on the pending motions for summary judgment and related motions to strike.

**BACKGROUND**

1. On November 13, 2024, the Court issued a Minute Order granting in part the Parties' Joint Motion to Stay (ECF No. 103) and agreed to refrain from deciding Defendants' motions for summary judgment until after it heard from the Parties regarding mediation and by no earlier than February 15, 2025. The Court also ordered that "the parties shall file a joint status

---

[1] Former defendant Steven Block has been dismissed with prejudice. ECF. No. 87

report on or before January 20, 2025 updating the Court as to the status of mediation and whether the parties are likely to reach a resolution," which the Parties did on January 20, 2025. *Id*.; ECF No. 104.

2.  On December 20, 2024, the Parties mediated with Judge Layn R. Phillips of Phillips ADR Enterprises (PADRE).

3.  Although the Parties were unable to reach an agreement at the mediation, the Parties have since reached an agreement in principle and are working to finalize a formal written agreement.

4.  At this time, the Parties believe they are close to finalizing an agreement, but even if it were to be completed this week, no agreement would go into effect until at least the week of February 17, 2025.

5.  Therefore, the Parties respectfully request that the Court continue to refrain, in the manner previously described in its November 13, 2024 Minute Order, from issuing a decision on the pending dispositive motions for summary judgment and related motions to strike until at least February 28, 2025 in order to allow the Parties time to finalize their agreement, allow the agreement to go into effect, and to arrange a withdrawal of the claims pursuant to their agreement.

| Dated: February 11, 2025 | Respectfully submitted, |
|---|---|
| WIGDOR LLP | MORGAN, LEWIS & BOCKIUS LLP |
| */s/ Lawrence M. Pearson* | */s/ Grace E. Speights* (with permission) |
| Lawrence M. Pearson, Esquire | Grace E. Speights (DC Bar No. 392091) |
|  | 1111 Pennsylvania Avenue, NW |
| 85 Fifth Avenue, 5th Floor | Washington, DC  20004 |
| New York, NY 10003 | Telephone:  +1.202.739.3000 |
| Telephone: (212) 257-6800 | Facsimile:  +1.202.739.3001 |
| Facsimile: (212) 257-6845 | Email: grace.speights@morganlewis.com |
| lpearson@wigdorlaw.com |  |
|  | Melissa C. Rodriguez (pro hac vice) |
| *Attorney for Plaintiff* | Ashley J. Hale (pro hac vice) |

2

101 Park Avenue
New York, New York 10178
Telephone: +1.212.309.6000
Facsimile: +1.212.309.6001
Email: melissa.rodriguez@morganlewis.com
ashley.hale@morganlewis.com

Terry D. Johnson (pro hac vice)
Jason Joseph Ranjo (pro hac vice)
502 Carnegie Center
Princeton, NJ 08540
Telephone: 609-919-6689
Fax: 609-989-6701
Email: terry.johnson@morganlewis.com
jason.ranjo@morganlewis.com

*Attorneys for Defendants Amazon.com, Inc., Amazon Web Services, Inc., Steven Block and Shannon Kellogg*

JOSEPH, GREENWALD & LAAKE, P.A.

*/s/ Drew LaFramboise* (with permission)
Jay P. Holland
Michal Shinnar
Drew LaFramboise
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301.220.2200 (T)
301.220.1214 (F)
Email: jholland@jgllaw.com
mshinnar@jgllaw.com
dlaframboise@jgllaw.com

*Attorneys for Defendant Andres Maz*