UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLOTTE NEWMAN,<br><br>      Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., ANDRES MAZ, STEVEN BLOCK, and SHANNON KELLOGG, in their individual and professional capacities,<br><br>      Defendants. | Civil Action No.: 1:21-cv-00531 (DLF) |

## JOINT STATUS REPORT

In anticipation of the February 28, 2025 date set in the Court's February 11, 2025 Minute Order regarding the Court's timing for a possible decision regarding the pending motions for summary judgment (ECF No. 103), as well as the Court's Order that the Parties submit a Joint Status Report on or before February 24, 2025, Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Shannon Kellogg[1] (the "Amazon Defendants"), together with Defendant Andres Maz ("Mr. Maz") (the Amazon Defendants and Mr. Maz, collectively, "Defendants") and Plaintiff Charlotte Newman ("Plaintiff") (collectively, "the Parties"), hereby submit the following further Joint Status Report to the Court and to request an extension of the Court's date for issuing a decision on the pending motions for summary judgment and related motions to strike.

### BACKGROUND

1.      On November 13, 2024, the Court issued a Minute Order granting in part the Parties' Joint Motion to Stay (ECF No. 103) and agreed to refrain from deciding Defendants' motions for summary judgment until after it heard from the Parties regarding mediation and by no

---

[1] Former defendant Steven Block has been dismissed with prejudice. ECF. No. 87

1

earlier than February 15, 2025.  The Court also ordered that "the parties shall file a joint status report on or before January 20, 2025 updating the Court as to the status of mediation and whether the parties are likely to reach a resolution," which the Parties did on January 20, 2025. *Id*.; ECF No. 104.

2. On December 20, 2024, the Parties mediated with Judge Layn R. Phillips of Phillips ADR Enterprises (PADRE).

3. On February 11, 2025, the Parties submitted a Joint Status report informing the Court that the Parties had reached an agreement in principle and are working to finalize a formal written agreement.

4. The same day, on February 11, 2025, the Court issued the above-described Minute Order.

5. At this time, the Parties are discussing only one or two edits to the agreement and believe that it will be finalized and executed this week, by February 28, 2025.

6. However, the agreement will go into effect during the week of March 3, 2025 (eight days after execution of the agreement by Plaintiff, when a statutory revocation period has expired), and therefore the Parties anticipate filing a stipulation dismissing/withdrawing the instant action after February 28, 2025.

7. Therefore, the Parties respectfully request that the Court continue to refrain, in the manner previously described in its November 13, 2024 Minute Order, from issuing a decision on the pending dispositive motions for summary judgment and related motions to strike until at least March 7, 2025 in order to allow the Parties time for their agreement to take effect, allowing for the withdrawal of the claims pursuant to their agreement. The Parties thank the Court for its consideration in this matter.

| | |
|---|---|
| Dated:  February 24, 2025 | Respectfully submitted, |
| WIGDOR LLP | MORGAN, LEWIS & BOCKIUS LLP |
| */s/ Lawrence M. Pearson* | */s/ Grace E. Speights* (with permission) |
| Lawrence M. Pearson, Esquire | Grace E. Speights (DC Bar No. 392091) |
| | 1111 Pennsylvania Avenue, NW |
| 85 Fifth Avenue, 5th Floor | Washington, DC  20004 |
| New York, NY 10003 | Telephone:  +1.202.739.3000 |
| Telephone: (212) 257-6800 | Facsimile:  +1.202.739.3001 |
| Facsimile: (212) 257-6845 | Email: grace.speights@morganlewis.com |
| lpearson@wigdorlaw.com | |
| | Melissa C. Rodriguez (pro hac vice) |
| *Attorney for Plaintiff* | Ashley J. Hale (pro hac vice) |
| | 101 Park Avenue |
| | New York, New York 10178 |
| | Telephone: +1.212.309.6000 |
| | Facsimile: +1.212.309.6001 |
| | Email: melissa.rodriguez@morganlewis.com |
| | ashley.hale@morganlewis.com |
| | |
| | Terry D. Johnson (pro hac vice) |
| | Jason Joseph Ranjo (pro hac vice) |
| | 502 Carnegie Center |
| | Princeton, NJ 08540 |
| | Telephone: 609-919-6689 |
| | Fax: 609-989-6701 |
| | Email: terry.johnson@morganlewis.com |
| | jason.ranjo@morganlewis.com |
| | |
| | *Attorneys for Defendants Amazon.com, Inc., Amazon Web Services, Inc., Steven Block and Shannon Kellogg* |
| | |
| | JOSEPH, GREENWALD & LAAKE, P.A. |
| | |
| | */s/ Drew LaFramboise* (with permission) |
| | Jay P. Holland |
| | Michal Shinnar |
| | Drew LaFramboise |
| | 6404 Ivy Lane, Suite 400 |
| | Greenbelt, Maryland 20770 |
| | 301.220.2200 (T) |
| | 301.220.1214 (F) |
| | Email: jholland@jgllaw.com |

mshinnar@jgllaw.com
dlaframboise@jgllaw.com

*Attorneys for Defendant Andres Maz*

4