UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLOTTE NEWMAN,<br><br>      Plaintiff,<br><br>      v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., ANDRES MAZ, STEVEN BLOCK, and SHANNON KELLOGG, in their individual and professional capacities,<br><br>      Defendants. | Civil Action No.: 1:21-cv-00531 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's February 24, 2025 Minute Order, Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Shannon Kellogg[1] (the "Amazon Defendants"), together with Defendant Andres Maz ("Mr. Maz") (the Amazon Defendants and Mr. Maz, collectively, "Defendants") and Plaintiff Charlotte Newman ("Plaintiff") (collectively, "the Parties"), hereby submit the following Joint Status Report.

### BACKGROUND

1. On February 24, 2025, the Court issued a Minute Order agreeing to refrain from deciding Defendants' motions for summary judgment until "March 7, 2025, assuming that the parties inform the Court on or before February 28, 2025 that a settlement agreement has been finalized."

2. On December 20, 2024, the Parties mediated with Judge Layn R. Phillips of Phillips ADR Enterprises (PADRE).

---

[1] Former defendant Steven Block has been dismissed with prejudice. ECF. No. 87

1

3. Although the Parties were unable to reach an agreement, the Parties have since reached an agreement in principle and have finalized a formal written agreement, which Plaintiff has signed.

4. Defendants will countersign the agreement and expect to do so during the week of March 3, 2025.

5. Pursuant to the agreement, the Parties will file a Stipulation of Dismissal with Prejudice on March 10, 2025.

6. Therefore, the Parties respectfully request that the Court continue to refrain, in the manner previously described in its February 24, 2025 Minute Order, from issuing a decision on the pending dispositive motions for summary judgment and related motions to strike until at least March 10, 2025 in order to allow the Parties time to file the Stipulation of Dismissal.

Dated:  February 28, 2025

WIGDOR LLP

*/s/ Lawrence M. Pearson*
Lawrence M. Pearson, Esquire

85 Fifth Avenue, 5th Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
lpearson@wigdorlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ *Grace E. Speights*
Grace E. Speights (DC Bar No. 392091)
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  +1.202.739.3000
Facsimile:  +1.202.739.3001
Email: grace.speights@morganlewis.com

Melissa C. Rodriguez (pro hac vice)
Ashley J. Hale (pro hac vice)
101 Park Avenue
New York, New York 10178
Telephone: +1.212.309.6000
Facsimile: +1.212.309.6001
Email: melissa.rodriguez@morganlewis.com
           ashley.hale@morganlewis.com

Terry D. Johnson (pro hac vice)

Jason Joseph Ranjo (pro hac vice)
502 Carnegie Center
Princeton, NJ 08540
Telephone: 609-919-6689
Fax: 609-989-6701
Email: terry.johnson@morganlewis.com
          jason.ranjo@morganlewis.com

*Attorneys for Defendants Amazon.com, Inc., Amazon Web Services, Inc., Steven Block and Shannon Kellogg*


JOSEPH, GREENWALD & LAAKE, P.A.

*/s/ Drew LaFramboise* (with permission)
Jay P. Holland
Michal Shinnar
Drew LaFramboise
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301.220.2200 (T)
301.220.1214 (F)
Email: jholland@jgllaw.com
          mshinnar@jgllaw.com
          dlaframboise@jgllaw.com

*Attorneys for Defendant Andres Maz*