UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLOTTE NEWMAN,<br><br>Plaintiff,<br><br>- against -<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., ANDRES MAZ, STEVEN BLOCK, and SHANNON KELLOGG, in their individual and professional capacities,<br><br>Defendants. | Case No. 1:21-cv-00531 (DLF) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate that Plaintiff's claims in this action are hereby dismissed with prejudice, with each party bearing its own costs, and Plaintiff having waived all rights of appeal.

Dated: March 10, 2025

Respectfully submitted,

| | |
|---|---|
| WIGDOR LLP | MORGAN, LEWIS & BOCKIUS LLP |
| */s/* Lawrence M. Pearson | /s/ Grace E. Speights |
| Lawrence M. Pearson | Grace E. Speights (DC Bar No. 392091) |
| 85 Fifth Avenue, 5th Floor | 1111 Pennsylvania Avenue, NW |
| New York, NY 10003 | Washington, DC 20004 |
| Telephone: (212) 257-6800 | Telephone: (202) 739-3000 |
| Facsimile: (212) 257-6845 | Facsimile: (202) 739-3001 |
| lpearson@wigdorlaw.com | Email: grace.speights@morganlewis.com |
| *Attorneys for Plaintiff* | Melissa C. Rodriguez (pro hac vice)<br>Ashley J. Hale (pro hac vice)<br>101 Park Avenue |

New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
Email: melissa.rodriguez@morganlewis.com
ashley.hale@morganlewis.com

*Attorneys for Defendants Amazon.com, Inc., Amazon Web Services, Inc., Steven Block, and Shannon Kellogg*

JOSEPH GREENWALD LAAKE

/s/ Drew LaFramboise
Drew LaFramboise
6404 Ivy Lane Suite 400
Greenbelt Maryland 20770
Telephone: (240) 553-1174
Facsimile: (240) 553-1783

*Attorneys for Andres Maz*